**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**UNITED STATES OF AMERICA,**

                **Plaintiff,**

-vs-                                    **Case No.  3:19-CR-39**

                                           **Judge Thomas M. Rose**

**SHERMAN A. BROWN,**

                **Defendant.**

___

**ENTRY AND ORDER DENYING**
**MOTION TO MODIFICATION OF BOND CONDITIONS**

___

On December 4, 2019, Defendant filed a Motion to Modify Bond (doc. 36) wherein he requested he be released from custody during the pendency of this matter. A hearing was held on December 5, 2019 at which testimony was taken. The Government defers to the recommendation of Pretrial Services.

Based upon the information provided, including Defendant's criminal history and the recommendation of the United States Pretrial Services Office, the Court finds by clear and convincing evidence that there is still no condition or combination of conditions that would reasonably assure the appearance of the Defendant or the safety of the community. Therefore, the Court **DENIES** Defendant's motion for bond.

**DONE** and **ORDERED** in Dayton, Ohio, this 9th day of December, 2019.

*s/Thomas M. Rose*
_____
THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT