# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

        **Plaintiff,**

-vs-
                                      **Case No.   3:19-CR-39**

**SHERMAN BROWN,**

        **Defendant.**

---

## ENTRY AND ORDER DENYING
## MOTION TO TERMINATE SUPERVISED RELEASE

---

This matter is before the Court on Defendant's Motion to Terminate Supervision (Doc. No. 51) in which he requests early termination of his term of supervised release. The Defendant began his three (3) year term of supervised release on December 22, 2021.

After consideration of the factors under 18 U.S.C. § 3553, including the history and characteristics of the Defendant, the recommendations of the United States Probation Department, and Government, the Court has determined that in the interest of justice Defendant's supervised release should not be terminated at this time.

Therefore, it is the ORDER of the Court that Defendant's Motion to Terminate Supervision (Doc. No. 51) be **DENIED** without prejudice.

**DONE** and **ORDERED** in Dayton, Ohio, this 21/ day of February, 2024.

THOMAS M. ROSE JUDGE
UNITED STATES DISTRICT COURT